534 F. 2d 920

ALCAN SALES, DIV. OF ALUMINUM CORPORATION *v.* THE UNITED STATES
(No. 76–9 C.A.D. 1170)

United States Court of Customs and Patent Appeals, June 3, 1976

*Barnes, Richardson and Colburn, J. Bradley Colburn, Rufus E. Jarman, Jr.,* attorneys of record, for appellant.

*Rex E. Lee*, Assistant Attorney General, *Morton Hollander*, Chief, Appellate Section, *David M. Cohen* for the United States.

Before MARKEY, *Chief Judge*, RICH, BALDWIN, LANE AND MILLER, *Associate Judges.*

PER CURIAM.

Appellants brought an action challenging the President's imposition of an import surcharge in Proclamation No. 4074 of August 15, 1971. The United States Customs Court granted the motion of the United States for summary judgment in view of the decision and judgment of this court in *The United States* v. *Yoshida International, Inc.*, 63 CCPA 15, C.A.D. 1160, 526 F. 2d 560 (1975).

Appellant's motion for summary reversal and appellee's cross-motion for dismissal of the appeal have been denied by this court.

To expedite this appeal, this court granted appellant's motion for relief from printing transcript of record, presenting oral arguments and filing of briefs, and for submission on the record.

Though the parties and the goods differ from those in *Yoshida*, supra, we find the controlling facts and applicable law to be the same in the present case as in *Yoshida*. Accordingly, in accordance with the principle of stare decisis, we affirm the judgment of the Customs Court.

THE UNITED STATES *v.* THE TWIN WINTONS
(No. 75–29 C.A.D. 1171)

